# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>KRISTEN BLAIR HILTUNEN<br><br>Defendant | )<br>)<br>)  Case No.  1:21-MJ-426  (DJS)<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. In or about the month of July 2021 in the county of Montgomery in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

TFO _/s/ M. C._
*Complainant's signature*
MICHELLE CRANDALL, FBI TFO
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  September 8, 2021

*Judge's signature*

City and State:  Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

FILED SEP 08 2021
John M. Domurad, Clerk - Albany

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michelle C. Crandall, being duly sworn, depose and state:

### INTRODUCTION

1. This affidavit is made in support of federal criminal complaint charging KRISTEN BLAIR HILTUNEN ("HILTUNEN") with knowingly receiving child pornography using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

2. I am an investigator with the Rotterdam Police Department and Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been employed by the Rotterdam Police Department since July 2013 and a TFO with the FBI since November 2018. I am assigned full-time to the Albany Division, Albany, New York. I have investigated a variety of violent crimes including child sexual exploitation and assault. My current duties include investigating criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography in violation of 18 U.S.C. §§ 2251 and 2252A. I have received training in the area of child sexual exploitation and have observed and reviewed numerous examples of child pornography in all forms of media including computer media. My investigative experience includes interviewing victims and witnesses, as well as conducting searches of physical locations, social media, and electronic devices pursuant to court order or consent.

3. The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, and upon my training and experience. Because this affidavit is being

submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe HILTUNEN violated Title 18, United States Code, Section 2252A(a)(2)(A)(receipt of child pornography).

## PROBABLE CAUSE

4. On approximately August 27, 2021, the Schenectady Police Department referred information to a member of the FBI Albany Child Exploitation Task Force concerning sexually explicit images depicting a 15-year-old minor, hereinafter "VICTIM", found by law enforcement during a consensual examination of VICTIM's iPhone in an unrelated matter. During this search, Detectives with the Schenectady Police Department observed messages exchanged on an Internet-based social media messaging application ("APP") between the VICTIM and an adult female, later identified as KRISTEN BLAIR HILTUNEN, contained within the cellular telephone. Both the VICTIM and HILTUNEN reside within the Northern District of New York.

5. On September 2, 2021, your affiant took custody of VICTIM's iPhone, and with the consent of VICTIM's mother, law enforcement conducted a forensic examination on VICTIM's iPhone.

6. Your affiant reviewed the results of the forensic examination which revealed over 20,000 messages and video chats exchanged through the APP between HILTUNEN and VICTIM from approximately April 2021 to September 2, 2021.[1] In these messages, HILTUNEN and VICTIM engage in sexual conversations and exchange over 30 images, including images of the lascivious exhibition of their genitals. .

---

[1] As discussed in paragraph 10 below, HILTUNEN confirmed her telephone number and APP account with law enforcement officials on September 7, 2021. HILTUNEN also admitted that she communicated with VICTIM through the APP.

2

<u>Jul 11, 2021:</u>

| | |
|---|---|
| VICTIM: | Can I send some |
| HILTUNEN: | You never need permission for that 😊 |
| VICTIM: | [VICTIM sends HILTUNEN a close up image of the VICTIM's genitalia, and an image depicting the VICTIM touching the VICTIM'S genitalia] |
| HILTUNEN: | Someone is having a very nice shower! |
| VICTIM: | did you like those ones |
| HILTUNEN: | You know I did 😊 😊 |

8.  On September 3, 2021, the Honorable Daniel J. Stewart, U.S. Magistrate Judge, authorized a search warrant for HILTUNEN's residence in Amsterdam, NY; her person; a 2018 Ford F-150 pickup truck; and any electronic devices recovered during these searches.

9.  On September 7, 2021, law enforcement officers executed this search warrant and recovered several electronic devices from HILTUNEN's residence and a Samsung cellular phone from her person. Law enforcement officials will conduct forensic examinations of these devices.

10. During the execution of the search warrant, law enforcement officials also conducted an audio and video recorded interview of HILTUNEN. HILTUNEN confirmed her telephone number and App account to law enforcement officers, and further admitted that she and VICTIM exchanged multiple pictures of their genitalia through the APP.

11. On this same date, law enforcement officials conducted a recorded forensic interview of VICTIM. The VICTIM confirmed the VICTIM's APP account and authenticated the messages and genitalia photographs exchanged with HILTUNEN over the App, as discussed above.

## **CONCLUSION**

12. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that on or about July 2021, HILTUNEN knowingly received child pornography in violation of Title 18, United States Code, Section 2252A(a)(2).

_____
Michelle C. Crandall
Task Force Officer
Federal Bureau of Investigation

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on September 8, 2021 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Daniel J. Stewart
United States Magistrate Judge